**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**YORK, et al.**                                                                                             **PLAINTIFFS**

**v.**                                                                                             **NO. 3:18-CV-481-CRS**

**VELOX EXPRESS, INC.**                                                                           **DEFENDANT**

## AMENDED ORDER

For the reasons set forth in the memorandum opinion entered October 9, 2018, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

1. Defendant's Renewed Motion to Dismiss (DN 41) is **GRANTED**. Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiffs' Motion for Conditional Certification (DN 21) is **DENIED AS MOOT**.

August 7, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**